IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-CR-00092-CJW |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 922(g)(3): Possession of |
| SEMAJE JAYVON STAR, | ) | a Firearm by an Unlawful User of a |
| | ) | Controlled Substance |
| Defendant. | ) | |

The Grand Jury charges:

## Count 1

**Possession of a Firearm by an Unlawful User of a Controlled Substance**

On or about May 16, 2020, in the Northern District of Iowa, defendant SEMAJE JAYVON STAR, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana and methamphetamine, knowingly possessed a firearm, specifically, a Taurus PT99 AT, 9mm Para. caliber pistol, and the firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

TIMOTHY T. DUAX
United States Attorney

By: [signature]

KYNDRA LUNDQUIST
Assistant United States Attorney

A TRUE BILL

_____  12-12-2023
Grand Jury Foreperson       Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 12/12/2023
PAUL DE YOUNG, CLERK

1